IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| The Original Public House, Inc. ) | |
| EIN: XX-XXX0991 ) | CASE NO. 19-83046-CRJ11 |
| ) | |
| Debtor. ) | CHAPTER 11 |
| ) | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Rahul Arora, declare under penalty of perjury that I am the President of The Original Public House, Inc., and that the following is a true and correct copy of the resolution adopted by the Members of said Corporation at a special meeting duly called and held on the 10th day of October, 2019.

"**WHEREAS**, it is in the best interest of The Original Public House, Inc., (the "Corporation") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that Rahul Arora, as President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

**Be It Further Resolved**, that Rahul Arora, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

**Be It Further Resolved**, that Rahul Arora, as President of this Corporation, is authorized and directed to employ Kevin D. Heard and the law firm of Heard Ary, & Dauro LLC to represent the Corporation in such bankruptcy case.

By: _____
Name: Rahul Arora
Title: President of The Original Public House, Inc.