# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

The Original Public House, Inc.    }    **Case No: 19-83046-CRJ11**
                                   }
DEBTOR(S).                         }
                                   }
                                   }

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #5; Debtor's Motion to Approve Procedures for Payment of Interim Compensation of Professionals |
| **Date and Time:** | Tuesday, October 15, 2019 10:00 AM |
| **Appearances:** | Kevin D. Heard, attorney for The Original Public House, Inc. (Debtor) |
| | Richard M Blythe (Bankruptcy Administrator) |
| | Kevin Gray, Bryant Bank |
| **Courtroom Deputy:** | MeShae Bogue |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Continued in open court to 11/4/19 at 2:30 p.m., at the Seybourn H. Lynne Federal Courthouse, Cain Street Entrance, Courtroom 3rd Floor, Decatur, Alabama. |

Date Prepared:10/16/2019