IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| The Original Public House, Inc. | ) | |
| EIN: XX-XXX0991 | ) | CASE NO. 19-83046-CRJ11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

**MOTION TO DEEM ADEQUATE ASSURANCE**
**OF PAYMENT FOR UTILITY SERVICE**

COMES NOW, The Original Public House, Inc., as Debtor and Debtor-in-Possession, and files this motion, pursuant to 11 U.S.C. § 366 to deem the existing arrangement between Debtor and Debtor's landlord as adequate assurance of payment in favor of Huntsville Utilities and says as follows:

1. Debtor The Original Public House, Inc. filed a petition for relief under Chapter 11 of Title 11 in this district and division on October 10, 2019.

2. Since that time the Debtor has been operating its business pursuant to § 1107 and 1108 of the United States Bankruptcy Code.

3. This Court has subject matter jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. Debtor is engaged in the operation of a restaurant in Madison County, Alabama.

5. Debtor's utilities are in the name of its landlord, Fowler-Cope Land Company, LLC, and as such Debtor does not have a bond with Huntsville Utilities.

6. Huntsville Utilities was not a creditor of the Debtor's as of the petition date.

7. Debtor remains current in its payments to Huntsville Utilities.

8. Section 366 of the Bankruptcy Code allows a utility company to alter, refuse or discontinue service unless the Debtor provides adequate assurance of payment in the form of deposit or other security. The Court however, may order reasonable modification of the amount of the deposit or the security necessary to provide adequate assurance of payment. 11 U.S.C. § 366(b).

9. Debtor respectfully requests that the Court not require the posting of any additional bonds because Huntsville Utilities is already adequately protected as required under § 366 of the Bankruptcy Code.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that the existing arrangement between Debtor and Debtor's landlord, Fowler-Cope Land Company, LLC, be deemed sufficient adequate assurance of payment as required under § 366 of the Bankruptcy Code and that the Debtor have such other and further relief as is just and proper.

Respectfully submitted this 23rd day of October, 2019.

/s/ Kevin D. Heard
Kevin D. Heard
Angela S. Ary
Attorneys for Debtor
Heard, Ary & Dauro, LLC
303 Williams Avenue, Suite 921
Huntsville, Alabama 35801
256-535-0817
kheard@heardlaw.com
aary@heardlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of October, 2019, I served a copy of the foregoing on the parties listed below and on the attached matrix by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**

Richard Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

Kevin C. Gray kgray@bradley.com, kevingray671@gmail.com, ttatum@bradley.com, mpressley@bradley.com

**Notice will not be electronically mailed to:**

Fowler-Cope Land Company, LLC
Attn: William M. Fowler
109 B North Jefferson St.
Huntsville, AL 35801

Huntsville Utilities
City of Huntsville
112 Spragins St. NW
Huntsville, AL 35801

                                              */s/Kevin D. Heard*
                                              Kevin D. Heard