IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| The Original Public House, Inc. | ) | |
| EIN: XX-XXX0991 | ) | CASE NO. 19-83046-CRJ11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

## FIRST INTERIM APPLICATION FOR COMPENSATION AND EXPENSES

1. Name of Applicant: Kevin D. Heard of Heard, Ary & Dauro, LLC.

2. Date Application for Employment was filed: October 10, 2019, and amended November 14, 2019.

3. Date of Order Authorizing Employment: Interim Order entered October 29, 2019, and Order entered November 20, 2019.

4. Professional Services Provided to: The Original Public House.

5. Period for which compensation is sought: October 10, 2019, through December 31, 2019.

6. Amount of Fees Sought: $8,170.00; Reimbursable Expenses: $1,819.95.

7. This is the First Interim Application.

8. The aggregate amount of fees and expenses allowed to date: $0.00.

9. The aggregate amount of fees and expenses paid to date: $0.00.

Dated this the 11th day of February 2020.

/s/ Kevin D. Heard
Kevin D. Heard
Counsel for Debtor

Of Counsel:
Heard, Ary & Dauro, LLC
303 Williams Ave.
Park Plaza, Suite 921
Huntsville, Alabama 35801
(256) 535-0817
(256) 535-0818

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| The Original Public House, Inc. | ) | |
| EIN: XX-XXX0991 | ) | CASE NO. 19-83046-CRJ11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

## PART 2. VERIFICATION OF APPLICATION
## FOR COMPENSATION AND EXPENSES

The undersigned, having been duly sworn, certifies that Kevin D. Heard is the person signing and certifying matters contained within the First Interim Application for Compensation and Reimbursement for Expenses filed with this Court. All matters set forth in the Application for Compensation are true and correct to the best of his knowledge and belief.

                                                                                   */s/ Kevin D. Heard*
                                                                                   Kevin D. Heard
                                                                                   Affiant

SWORN TO AND SUBSCRIBED before me dated this the 11th day of February 2020.

                                                                                 */s/ Amanda Cheney*
                                                                                 Notary Public
                                                                                 My Commission Expires: 5/2/2023

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| The Original Public House, Inc. | ) | |
| EIN: XX-XXX0991 | ) | CASE NO. 19-83046-CRJ11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

### PART 3. FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

COMES NOW, the law firm of Heard, Ary & Dauro, LLC and its Attorneys (hereinafter "Applicant"), as counsel for The Original Public House, Inc. ("Debtor"), and says:

1. That Applicant makes this first interim application for compensation and reimbursement of actual and necessary costs and expenses incurred by him in the course of his representation of the Debtor from October 10, 2019, through December 31, 2019.

2. A Chapter 11 bankruptcy petition was filed with this Court on October 10, 2019.

3. This Court entered an Order approving the employment of Kevin D. Heard and the firm of Heard, Ary & Dauro, LLC as counsel for Debtor on November 20, 2019.

4. All services for which compensation is requested by this Applicant were performed for and on behalf of the Debtor and not on behalf of any other person.

5. The results achieved to date have required a substantial expenditure of time, energy and expertise. As a consequence, the Debtor has required active legal representation of the highest caliber on an on-going basis in order to serve its needs in the Chapter 11 proceeding.

6. Applicant makes this application under 11 U.S.C. § 330 and 331 of the Bankruptcy Code

and seeks allowance of reasonable compensation for the professional services which he has rendered and for reimbursement of the actual necessary expenses which he has incurred in connection herewith.

7. Applicant has rendered services on behalf of Debtor as shown in Exhibit "A". Applicant, therefore, seeks an allowance of compensation in the amount of $8,170.00 for professional services rendered as counsel for the Debtor and the reimbursement of actual expenses incurred in the amount of $1,819.95 for representation from October 10, 2019, through December 31, 2019.

8. Professional services required in this matter and described in this application were performed by an attorney who possesses experience and skills in the area in which it rendered services. Attorney fees awarded pursuant to this application shall not be shared or divided except as allowed by law.

9. Applicant represents that the allowance for compensation and reimbursement of expenses required herein is reasonable and fully complies with § 331 of the Bankruptcy Code.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that he be allowed the sum of $8,170.00 as interim compensation for professional services rendered as attorney for the Debtor and for reimbursement of actual and necessary expenses incurred in the amount of $1,819.95 from October 10, 2019, through December 31, 2019, further that Applicant be allowed to apply the amounts held by him in retainer to the allowed compensation and expenses and that he be granted such further and additional relief as may be just and proper.

Respectfully submitted this the 11th day of February 2020.

                                            */s/ Kevin D. Heard*
                                            Kevin D. Heard
                                            Counsel for Debtor

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza, Suite 921
Huntsville, Alabama 35801
(256) 535-0817
(256) 535-0818-fax

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this, the 11th day of December, 201February 2020, I served a copy of the **First Interim Application for Compensation and Expenses,** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**

Richard M Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

Kevin C Gray kgray@bradley.com, kevingray671@gmail.com, ttatum@bradley.com, mpressley@bradley.com

Stuart M. Maples smaples@mapleslawfirmpc.com, kwalker@mapleslawfirmpc.com, kpickett@mapleslawfirmpc.com, dmaples@mapleslawfirmpc.com

Richard O'Neal USAALN.BANKRUPTCY@usdoj.gov

**Notice, via US Mail, will be sent to:**

None

                                            */s/ Kevin D. Heard*
                                            Kevin D. Heard